**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**Vinicio Sincu**
Petitioner

CIVIL ACTION

V.

NO. **1:26-cv-14340-RGS**

**Wesling et al**
Respondents

**ORDER OF DISMISSAL**

Stearns, D. J.

In accordance with the Court's Order entered October 15, 2026 [Doc. No. 11] it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

By the Court,

10/15/2026
Date

/s/ Jacqueline Martin
Deputy Clerk